FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

JUL 14 2008

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

MODIS, INC.

v.

KENN BECKWITH

CASE NO. 3:07-cv-1125-J-20JRK

**Counsel for Plaintiff:**

Michael J. Dewberry
Melissa A. Dearing

**Counsel for Defendant:**

Dana G. Bradford, II
G. Todd Whitcomb

**HONORABLE HARVEY E. SCHLESINGER, UNITED STATES DISTRICT JUDGE**
**Courtroom Deputy: Garry Randolph**
**Court Reporter: Deanne Moore**

## CLERK'S MINUTES

**PROCEEDINGS OF HEARING ON PENDING MOTIONS:**

The Court **denied** defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 10, filed December 18, 2007). Written order to enter.

Argument heard on defendant's Motion to Stay Proceedings (Doc. No. 53, filed July 3, 2008). The motion (Doc. No. 53) is **denied**.

Argument heard on defendant's Motion to Strike Notice by Modis, Inc. Of Filing Rebuttal Affidavit of Brian Pelligrini (Doc. No. 60, filed July 14, 2008).

Argument heard on plaintiff's Expedited Motion for Preliminary Injunction (Doc. No. 49, filed June 19, 2008).

Order to enter.

DATE: July 14, 2008   TIME: 10:00 - 11:07 a.m.                              TOTAL: 1.07